IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPLUNDH TREE EXPERT LLC, *f/k/a* ASPLUNDH TREE EXPERT CO.<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, f/k/a AETNA CASUALTY AND SURETY COMPANY<br>and<br>PATRICIA OLDHAM, Individually and as Administratrix for the Estate of HERBERT G. OLDHAM<br>　　　　　　　　　　Defendants. | Civil Action No.:18-3564 |

## VOLUNTARY DISMISSAL PURSUANT TO F.R.CIV. P. 41(a)(1)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated between the parties that the above matter is dismissed without prejudice.

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

BY: _____
Basil A. DiSipio, Esquire
John J. Bateman, Esquire
190 N. Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA  19106
*Counsel for Plaintiff,*
*Asplundh Tree Expert, LLC*

CLYDE & CO.

By: _____
Marianne May, Esquire
Meghan Goodwin, Esquire
Daren McNally, Esquire
200 Campus Drive, Suite 300
Florham Park, NJ  07932
*Counsel for The Travelers Indemnity Company and Travelers Casualty and Surety Company (improperly pled as "Travelers Indemnity Company, f/k/a Aetna Casualty and Surety Company")*

WEITZ & LUXENBERG, P.C.

By: _____
Jenna Kristal Egnet, Esquire
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
*Counsel for Defendant., Patricia Oldham, Individually and as Administratrix for the Estate of Herbert G. Oldham*

Date: 3/13/19

_____
The Honorable Juan R. Sánchez